# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LAMAR KEMP**  **PETITIONER**
**ADC #085183**

v.  Case No. **4:20-cv-00774-KGB-JTR**

**DEXTER PAYNE, Director,**  **RESPONDENT**
**Arkansas Department of Correction,**
**Division of Correction**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Lamar Kemp's petition without prejudice and denies the requested relief.

So adjudged this the 27th day of January, 2021.

_____
Kristine G. Baker
United States District Judge